**Opinion issued October 21, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00154-CV

————————————

## VIOREL P. TUDOR, Appellant

## V.

## PPM TOWING, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1159921**

---

## MEMORANDUM OPINION

Appellant, Viorel P. Tudor, has neither paid the required fees nor established

indigence for purposes of costs.  *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see*

*also* Tex. GOV'T CODE ANN. §§ 51.207, 51.851(b), 101.041; Order Regarding Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. On April 16, 2021, Tudor was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by May 17, 2021. *See* TEX. R. APP. P. 42.3(b), (c). Tudor did not adequately respond to the Court's notice.

Further, Tudor has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On June 24, 2021, Tudor was notified that this appeal was subject to dismissal if Tudor did not submit written evidence that he had paid or made arrangements to pay the fee for the preparation of the clerk's record by July 26, 2021. *See* TEX. R. APP. P. 42.3(b), (c). Tudor did not adequately respond to the Court's notice.

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Farris.